In the Matter of TYQUON I., an Infant. ADMINISTRATION FOR CHILDREN's SERVICES, Respondent. LINDA J., Appellant. [891 NYS2d 913]

Contrary to the mother's contention, the Family Court's finding that she neglected the child by inflicting excessive corporal punishment is supported by a preponderance of the evidence (*see* Family Ct Act § 1046 [b] [i]; § 1012 [f] [i] [B]; *Matter of Isaiah S.*, 63 AD3d 948 [2009]; *Matter of Daniel W.*, 56 AD3d 483 [2008]; *Matter of Fred Darryl B.*, 41 AD3d 276 [2007]).

The mother's remaining contentions are without merit. Fisher, J.P., Miller, Eng and Hall, JJ., concur.